THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAWN PRESTMO and JEFF PRESTMO, husband and wife and the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation,<br><br>Defendant. | No.: 2:24-cv-00610-TL<br><br>STIPULATED MOTION FOR AND [proposed] ORDER FOR DISMISSAL<br><br>NOTE FOR CONSIDERATION: NOVEMBER 6, 2024<br><br>Clerk's Action Required |

## STIPULATED MOTION

The parties have reached a settlement of all claims, which settlement requires the dismissal of all claims and causes of action pending in this lawsuit. The parties therefore jointly ask the Court to dismiss all claims and causes of action brought by any party against any other party, with prejudice and without an award of fees, costs, or other expenses against either party.

//
//
//

DATED: November 6, 2024

| GORDON TILDEN THOMAS & CORDELL LLP | BULLIVANT HOUSER BAILEY PC |
|---|---|
| By: s/ *Kasey D. Huebner*<br>Kasey D. Huebner, WSBA #32890<br>Katherine S. Wan, WSBA #58647<br>Email: khuebner@gordontilden.com<br>kwan@gordontilden.com<br><br>Attorneys Plaintiffs Dawn Prestmo and Jeff Prestmo | By: s/ *Joseph D. Hampton*<br>Joseph D. Hampton, WSBA #15297<br>E-mail: joseph.hampton@bullivant.com<br><br>Attorney for Defendant State Farm Fire and Casualty Company |

## **ORDER**

Pursuant to the stipulation of counsel, it is hereby ordered that all claims between Plaintiffs and Defendant, are hereby dismissed with prejudice and without an award of fees or costs to the parties.

DATED this 6th day of November, 2024.

_____
THE HONORABLE TANA LIN